ELLYN I. BANK
Attorney At Law
30 Vesey Street, Suite 100
New York, New York 10007

212-571-3980
FAX 212-962-9696

January 11, 2006

VIA FACSIMILE (718 ~~260-4506~~ 613 2456)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ JAN 18 2006 ★

BROOKLYN OFFICE

Honorable John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY 10007

Re: United States v. Betances et al., 04 Cr. 1015

Dear Judge Gleeson:

I represent the defendant, Praxedis Perez, with respect to the above captioned case. I respectfully request a one week adjournment of the sentencing hearing that is currently scheduled for January 13, 2006. AUSA Roger Burlingame has been apprised of this request.

The reason for this request is because my father has been hospitalized in the intensive care unit in critical condition for the last three weeks, last week he was in the intensive care unit for four days. As such, I have been spending a considerable amount of time visiting with him and talking to his doctors. Yesterday he was finally released from the hospital. Accordingly, I need a brief adjournment of Mr. Perez' sentencing in order to research and prepare his sentencing memorandum.

Therefore, I respectfully request a one week adjournment until a date and time that is convenient to the court. To facilitate any scheduling order that Your Honor may issue, please be advised that I have court appearances scheduled for January 17 at 3:30pm, January 18 at 10:00am and 4:00pm, January 23 at 2:00pm and at 4:00pm, January 25 at 9:30, and January 27 at 9:30am.

I thank Your Honor for his time and consideration with this request.

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing a copy to all counsel and refiling verification of such in the case file. Not Fax such verification to Chambers.

Respectfully,

Ellyn Bank

Ellyn Bank, Esq.

cc: AUSA Roger Burlingame (via fax: 718 254 6481)

Sentence is adjourned to 1/19/06 @ 2:00 PM

s/John Gleeson